MORRIS BOUER, APPELLANT, v. MAYOR AND ALDERMEN OF JERSEY CITY ET AL., RESPONDENTS.

Submitted October 26, 1928—Decided May 20, 1929.

For the appellant, *Mark A. Sullivan.*

For the respondents, *Thomas J. Brogan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.